AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Utah

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID COLE | ) | Case No. |
| | ) | 2:24mj1167-DBP |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 2024 to December 2024   in the county of _____ in the _____ District of   Utah  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Tristan Hall
*Complainant's signature*

Tristan Hall
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/06/2024

*Judge's signature*

City and state: Salt Lake City, Utah    Dustin B. Pead, U.S. Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset