AO 442 (Rev. 11/11) Arrest Warrant

FILED
2024 DEC 9 PM 4:03
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| United States of America<br>v.<br>**DAVID COLE**<br>*Defendant* | ) ) ) ) ) ) ) Case No. 2:24mj1167-DBP |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Cole,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance)

Date: 12/06/2024

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Dustin B. Pead, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/6/2024, and the person was arrested on *(date)* 12/6/2024
at *(city and state)* SLC, UT.

Date: 12/9/2024

*Arresting officer's signature*

S. Senrick
*Printed name and title*